# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JS-6

| | |
|---|---|
| DR. AMY HALIKMAN,<br><br>　　Plaintiffs,<br><br>v.<br><br>KRISTIN SCHAAD NELSON, individually and in her official capacity, and DR. JODY HELMICK, and DR. ROBER KANTOR, and DR. JEANETTE VELARDE-DUNBAR, and DR. MATTHEW SHELLEY, and MR. FRAN CHRISTY, and MS. CELESTE UTLEY, and DR. AMIN HAKIM, and DR. WILLIAM O'BRYANT, and UNITED HEALTHCARE, inclusive,<br><br>　　Defendants. | Case No. 19-cv-01605-MWF-E<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 5, 2019<br><br>Dept.: Courtroom 5A<br>Judge: Hon. Michael W. Fitzgerald |

IT IS HEREBY ORDERED that the provisions and conditions of the parties in this action, acting through counsel, hereby stipulate, to the dismissal with prejudice of the entire action, including all claims against all parties, with each party to bear its own attorney's fees and costs

Dated: July 11, 2019

_____
Hon. Michael W. Fitzgerald

-1-　　　　Case No. 19-cv-01605-MWF-E
ORDER FOR DISMISSAL WITH PREJUDICE